IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


MARK PARDEA,
A–087–583–912,

    Petitioner,

v.                                                        4:20cv439–WS/MAF

WILLIAM BARR, United States
Attorney General, and JOHN KELLY,
Secretary of D.H.S.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed September 14, 2020. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction.

On September 28, 2020, the petitioner's copy of the report and recommendation was returned to the clerk's office by the post office. The envelope was stamped: "Return to Sender, Refused, Unable to Forward." See ECF No. 4. Although it is his responsibility to do so, the petitioner has not provided the court with a current address.

Upon review of the record, this court has determined that the recommendation of dismissal should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is DISMISSED for lack of jurisdiction.

3. The clerk shall enter judgment stating: "All claims against William Barr and John Kelly are dismissed for lack of jurisdiction."

DONE AND ORDERED this   15th   day of   October  , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE